1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM CHAMBERLAIN,                          No.  2:24-cv-00966-DAD-CKD (PS)

12                    Plaintiff,

13          v.                                      ORDER

14    FEDERAL ELECTION COMMISION,

15                    Defendant.

16

17          Plaintiff William Chamberlain is proceeding pro se and in forma pauperis in this action.

18    This action is currently in the preliminary screening stage. Pending before the Court are several

19    motions brought by Plaintiff.

20          First, Plaintiff has filed a motion for sanctions pursuant to Federal Rule of Civil Procedure

21    ("FRCP") 11. (ECF No. 4.) Plaintiff requests sanctions against Defendant Federal Election

22    Commission for failing "to comply with its discovery obligations and its dilatory tactics in this

23    litigation". Id. at 2. Plaintiff alleges that "[d]espite numerous requests for information, [t]he FEC

24    has failed to provide the necessary documents for their responses" which warrants sanctions "to

25    deter future misconduct and to compensate Plaintiff for the unnecessary delays and expenses

26    incurred as a result of the FEC's actions." Id. Plaintiff's motion for sanctions is premature. The

27    Court previously dismissed Plaintiff's original complaint with leave to amend. See ECF No. 3.

28    The Court has not screened Plaintiff's first amended complaint given it has yet to be filed by

                                                     1

1   Plaintiff. Accordingly, there is no complaint that has been served, Defendant has not appeared,

2   and discovery has not been opened. Plaintiff's motion for sanctions is therefore denied without

3   prejudice as premature.

4          Secondly, Plaintiff has filed a motion for permission to e-file documents. (ECF No. 5.)

5   Plaintiff requests permission for "efficiency and convenience," "cost-effectiveness" and

6   "environmental benefits." Id. at 2. The Local Rules are clear that "any person appearing pro se

7   may not utilize electronic filing except with the permission of the assigned Judge or Magistrate

8   Judge." See Local Rule 133(b)(2). Plaintiff's motion does not provide good cause for deviance

9   from this Local Rule. Thus, Plaintiff's motion to e-file is denied with respect to utilizing the

10  CM/ECF system to file documents. Plaintiff will continue to file paper documents with the Court

11  through conventional means. However, the Court is amenable to allowing Plaintiff to receive

12  service of documents by electronic means. Should he wish to take advantage of this, Plaintiff may

13  file a request with the Clerk of Court to receive service of documents at his email address. If

14  Plaintiff files such a request, the Clerk is directed to configure Plaintiff's account so that he will

15  receive immediate email notifications when documents are filed in the case. In doing so, Plaintiff

16  will consent to receive service of documents electronically and will waive the right to receive

17  service by first class mail under FRCP 5(b)(2)(D).

18         Lastly, Plaintiff has filed a motion for extension of time to file his first amended

19  complaint. (ECF No. 6.) Plaintiff requests a one-week extension to Saturday, October 5, 2024, to

20  file his first amended complaint. Id. at 2. Good cause having been shown, the Court will grant

21  Plaintiff until, and including, Monday, October 7, 2024, to file his first amended complaint in

22  compliance with the Court's August 29, 2024.

23         Accordingly, IT IS HEREBY ORDERED that:

24      1.  Plaintiff's motion for sanctions (ECF No. 4) is DENIED without prejudice, as

25          premature;

26      2.  Plaintiff's motion for electronic filing (ECF No. 5) is DENIED;

27      3.  Plaintiff may submit a request to the Clerk of Court to allow for electronic service by

28          email, as instructed above;

4.  Plaintiff's motion for extension of time (ECF No. 6) is GRANTED;

5.  Plaintiff shall have until October 7, 2024 to file his first amended complaint in compliance with the Court's August 29, 2024 order (ECF No. 3); and

6.  Plaintiff is reminded that failure to file either (a) a first amended complaint within the required timeframe, or (b) a notice of voluntary dismissal of the action, will result in a recommendation that the action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  October 7, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4,cham0966.24