**FILED**
JAN 14 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

WILLIAM R. CHAMBERLAIN: SOVEREIGN CITIZEN
POOR PARTY ATTORNEY
7250 Old Miners Way
Mountain Ranch, CA 95246
Telephone: (530)737-3670
Email Address:
poorpartyusa@yahoo.com

## UNITED STATES DISTIRCT COURT FOR THE EASTERN DISTRICT OF SACRAMENTO

| WILLIAM RAY CHAMBERLAIN, | Case No. 2:24-CV-00966 |
|---|---|
| Plaintiff, | |
| vs. | **RE: MOTION TO REVOKE POWER OF ATTORNEY** |
| Defendant(s) | |
| Bobby Chamberlain Jr, ret | |

## MOTION TO REVOKE POWER OF ATTORNEY

Plaintiff, William Chamberlain ("Plaintiff"), respectfully submits this motion to revoke the Power of Attorney purportedly granted by Sue Chamberlain ("Declarant") to Bobby Chamberlain Jr. ("Defendant"), on the grounds of fraud, violation of state and federal laws, and constitutional rights violations.

### FACTUAL BACKGROUND

1. Sue Chamberlain, the Declarant, is currently diagnosed with dementia, a condition that compromises her ability to make sound legal and medical decisions.
2. The Defendant, Bobby Chamberlain Jr., allegedly obtained a Power of Attorney from Sue Chamberlain under fraudulent circumstances and used it to engage in activities that violate state and federal laws, including crossing state lines to commit felony insurance fraud.
3. The fraudulent Power of Attorney was utilized to execute a contract concerning Sue Chamberlain's medical care and insurance without adherence to the required legal procedures, rendering the contract null and void.

4. Virginia law, under **Article 9 of Advance Health Care Planning Laws**, requires that advanced medical directives be registered with the state and that declarants provide handwritten notice to their attending physician. For individuals with dementia, a legal representative must be present during the signing of any such contract. These requirements were not met.

## LEGAL GROUNDS

### I. Federal Insurance Fraud Violations

Defendant's actions constitute federal insurance fraud under:

- **18 U.S.C. §1341** – Mail Fraud.
- **18 U.S.C. §1342** – Wire Fraud.
- **18 U.S.C. §1343** – Health Care Fraud.

Defendant's fraudulent acts, including crossing state lines to procure and misuse the Power of Attorney, violate federal laws designed to prevent fraudulent claims and schemes related to insurance contracts.

### II. Virginia State Law Violations

Pursuant to Virginia's Advance Health Care Planning Laws (**Article 9**):

- Advanced directives must be registered with the state.
- Declarants must notify their physicians in writing of their decisions.
- For individuals diagnosed with dementia, a legal representative must be present during the signing of any medical or insurance-related contracts.

The Defendant failed to comply with these legal requirements, rendering the Power of Attorney and related contracts invalid.

### III. California State Law Violations

Defendant's actions also violate California's insurance fraud statutes, including:

- **California Penal Code §550** – Prohibiting submission of fraudulent claims.
- **California Insurance Code §17017** – Addressing fraud related to health insurance claims.

### IV. Pennsylvania State Law Violations

Defendant's conduct further violates **Pennsylvania Title 18, Chapter 41 (Insurance Fraud)**, which prohibits false or misleading statements made to obtain benefits or coverage.

**V. Constitutional Violations**

The Defendant's fraudulent actions infringe upon the Declarant's constitutional rights, including:

1. **First Amendment** – Violation of Sue Chamberlain's freedom of speech and religious freedom by overriding her ability to make informed decisions.
2. **Fourteenth Amendment** – Deprivation of Sue Chamberlain's due process and equal protection under the law.

**RELIEF REQUESTED**

Plaintiff respectfully requests that the Court:

1. Declare the Power of Attorney granted to Bobby Chamberlain Jr. null and void.
2. Order Defendant to cease all activities conducted under the fraudulent Power of Attorney.
3. Impose penalties under applicable federal and state laws for insurance fraud, including:
    - Up to 10 years' imprisonment for health care fraud under **18 U.S.C. §1343**.
    - Civil penalties as outlined in **California Penal Code §550** and **Pennsylvania Title 18, Chapter 41**.
4. Award damages to Plaintiff for any financial or emotional harm caused by Defendant's actions.
5. Award the plaintiff all items of Susan chamberlain (garments, Power of Attorney, pictures, coins)
6. Grant any other relief the Court deems just and proper.

**AFFIDAVIT**

Attached to this motion is an affidavit from the Plaintiff, William Chamberlain, including:

- A copy of the fraudulent Power of Attorney contract.
- Medical records confirm Sue Chamberlain's diagnosis of dementia.

- Evidence of Defendant's actions in crossing state lines and engaging in insurance fraud.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court revoke the fraudulent Power of Attorney granted to Bobby Chamberlain Jr., declare all related contracts void, and impose appropriate penalties for the Defendant's violations of federal, state, and constitutional law.

Respectfully submitted,

*[signature]*

William Chamberlain

7250 Old Miner's Way

Mountain Ranch CA, 95246

530-737-3670

Poorpartyusa@yahoo.com

1/14/2025

### Certificate of service

I hereby certify that I served a copy of this. 14
document on Jan 14th, 2025, either by person or

mailing it postage prepaid on Jan 14th, 2025