1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM CHAMBERLAIN,                    No. 2:24-cv-00966-DAD-CKD (PS)

12                      Plaintiff,

13        v.                                 ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS AND DISMISSING
14   FEDERAL ELECTION COMMISSION,            THIS ACTION

15                      Defendant.           (Doc. Nos. 10, 11, 12, 13, 15)

16

17

18          Plaintiff William Chamberlain proceeds *pro se* and *in forma pauperis* in this civil action

19   initiated on March 29, 2024 against the Federal Election Commission ("FEC"). This matter was

20   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

21   302.

22          On April 28, 2025, the assigned magistrate judge issued findings and recommendations

23   recommending that this action be dismissed, without leave to amend, due to plaintiff's failure to

24   establish this court's subject matter jurisdiction and failure to state a claim. (Doc. No. 15.) As to

25   jurisdiction, the magistrate judge observed that plaintiff seeks judicial review under 52 U.S.C.

26   § 30109(a)(8) of the FEC's alleged failure to act on or investigate plaintiff's administrative

27   complaint filed against Chase Manhattan Bank and Donald Trump, but "[e]xclusive jurisdiction

28   for this claim is vested in the United States District Court for the District of Columbia." (Doc.

                                              1

1    No. 15 at 3.)  As to plaintiff's claims under the First and Fourteenth Amendment, the magistrate

2    judge noted that "[p]laintiff has not pled that there is a waiver of sovereign immunity."  (*Id.* at 3–

3    4.)  Further, the magistrate judge also found that plaintiff's first amended complaint "does not

4    contain a short and plain statement of a claim" and does "not allege[] sufficient facts to show that

5    the FEC violated his rights."  (*Id.* at 4.)  In light of these findings, the magistrate judge

6    recommended that plaintiff's first amended complaint be dismissed and also recommended that

7    plaintiff's various pending motions, for summary adjudication, for summary judgment, to revoke

8    power of attorney, and for an extension of time to serve defendant, (Doc. Nos. 10, 11, 12, 13), be

9    denied as having been rendered moot.  (Doc. No. 15 at 5.)  The pending findings and

10   recommendations were served on plaintiff and contained notice that any objections thereto were

11   to be filed within fourteen (14) days after service.  (*Id.* at 5–6.)  To date, no objections have been

12   filed, and the time in which to do so has passed.

13       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

14   *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

15   findings and recommendations are supported by the record and proper analysis.

16       Accordingly,

17       1.    The findings and recommendations issued on April 28, 2025 (Doc. No. 15) are

18             ADOPTED in full;

19       2.    Plaintiff's first amended complaint (Doc. No. 9) is DISMISSED, without leave to

20             amend, for lack of subject matter jurisdiction and for failure to state a claim;

21       3.    Plaintiff's motion for summary adjudication (Doc. No. 10), motion for summary

22             judgment (Doc. No. 11), motion to revoke power of attorney (Doc. No. 12), and

23             motion for an extension of time to serve defendant (Doc. No. 13) are DENIED as

24             having been rendered moot; and

25   /////

26   /////

27   /////

28   /////

2

4.     The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **July 2, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3